Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
dw@wl-llp.com
Michael A. DiRenzo, Esq.
Nevada State Bar No. 13104
mdirenzo@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Suite 22A
Henderson, NV 89074
Office: (702) 901-7553; Fax: (702) 974-1297

Attorneys for Plaintiff, Scott Munson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MUNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRO GROUP CAPTIVE MANAGEMENT SERVICES, INC., a domestic corporation; and DOES 1-50,<br><br>　　　　　Defendants. | Case No.:   3:21-cv-00351-MMD-WGC<br><br>**STIPULATION AND ORDER REQUESTING EXTENSION OF TIME TO FILE DISMISSAL** |

　　　Plaintiff, Scott Munson, ("Plaintiff") and Defendant Pro Group Captive Management Services Inc., ("Defendant") by and through their respective counsels, hereby stipulate to extend the deadline to file a stipulation to dismiss this case to October 22, 2021. Plaintiff was given 21 days to review the settlement agreement, and another 7 days to revoke acceptance, pursuant to the terms of the agreement. Plaintiff signed and returned the agreement on September 29, 2021, and was advised that a check would be cut on October 11, 2021. The requested time allows for time to receive the check and file the stipulation for dismissal.

///

///

///

///

**STIPULATION AND ORDER**

-1-

**IT IS SO STIPULATED.**

DATED this __5th__ day of October 2021.   DATED this __5th__ day of October 2021.

**WATKINS & LETOFSKY, LLP**          **ROBISON, SHARP, SULLIVAN & BRUST**

/s/ Michael A. DiRenzo             /s/  Clayton Brust

Michael A. DiRenzo, Esq.           Clayton P. Brust, Esq.
Nevada State Bar No. 13104         Nevada Bar No. 13285
8935 S. Pecos Road, Suite 22A      71 Washington Street 8935
Las Vegas, Nevada 89074            Reno, NV 89503
Attorney for Plaintiff             Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

October 7, 2021