Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
dw@wl-llp.com
Michael A. DiRenzo, Esq.
Nevada State Bar No. 13104
mdirenzo@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Suite 22A
Henderson, NV 89074
Office: (702) 901-7553; Fax: (702) 974-1297

Attorneys for Plaintiff, Scott Munson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT MUNSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PRO GROUP CAPTIVE MANAGEMENT SERVICES, INC., a domestic corporation; and DOES 1-50,<br><br>　　　　　　Defendants. | Case No.:   3:21-cv-00351-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Scott Munson, ("Plaintiff") and Defendant Pro Group Captive Management Services Inc., ("Defendant") by and through their respective counsels, hereby stipulate that all claims Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

///
///
///
///
///
///

Each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this 19th day of October 2021.    DATED this 19th day of October 2021.

**WATKINS & LETOFSKY, LLP**    **ROBISON, SHARP, SULLIVAN & BRUST**

/s/ Michael A. DiRenzo    /s/ Clayton P. Brust

_____    _____

Michael A. DiRenzo, Esq.    Clayton P. Brust, Esq.
Nevada State Bar No. 13104    Nevada Bar No. 13285
8935 S. Pecos Road, Suite 22A    71 Washington Street 8935
Las Vegas, Nevada 89074    Reno, NV 89503
Attorney for Plaintiff    Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

October 20, 2021